NMB SINGAPORE LTD. and Pelmec Industries (PTE) Ltd., Plaintiffs–Appellants,

and

NSK–RHP Europe Ldt., RHP Bearings Ltd., and NSK Bearings Europe Ltd., Plaintiffs–Appellees,

and

SKF USA Inc., SKF Industrie S.P.A., SKF France S.A., Sarma, SKF Gmbh, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Driveshaft Incorporated, NTN–BCA Corporation, NTN Corporation, The Barden Corporation (U.K.) Limited, The Barden Corporation, FAG Italia S.P.A., FAG Kugelfischer Georg Schaffer AG, and FAG Bearings Corporation, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

Timken U.S. Corporation, Defendant–Appellee.

NMB Singapore Ltd. and Pelmec Industries (PTE) Ltd., Plaintiffs,

and

NSK–RHP Europe Ldt., RHP Bearings Ltd., and NSK Bearings Europe Ltd., Plaintiffs–Appellants,

and

SKF USA Inc., SKF Industrie S.P.A., SKF France S.A., Sarma SKF Gmbh, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Driveshaft Incorporated, NTN–BCA Corporation, NTN Corporation, The Barden Corporation (U.K.) Limited, The Barden Corporation, FAG Italia S.P.A., FAG Kugelfischer Georg Schaffer AG, and FAG Bearings Corporation, Plaintiffs,

v.

United States, Defendant–Appellee,

and

Timken U.S. Corporation, Defendant–Appellee.

Nos. 05–1016, 05–1019.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2005.

ON MOTION

*ORDER*

NMB Singapore Ltd. and Pelmec Industries (PTE) Ltd. move without opposition to voluntarily withdraw their appeal 05–1016. The United States moves without opposition for clarification that appellees' briefs are due March 23, 2005 in 05–1019.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) NMB's motion for voluntary dismissal of 05–1016 is granted. All sides shall bear their own costs in 05–1016.

(2) The United States' motion is granted.

(3) The revised official caption for 05–1019 is reflected above.